UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| DONALD ACUNA, | ) | No. CV 15-1555-RSWL (PLA) |
| Petitioner, | ) | **JUDGMENT** |
| v. | ) | |
| DAVID LONG, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the order accepting the magistrate judge's report and recommendation, IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED: 7/28/2015

*RONALD S.W. LEW*
HONORABLE RONALD S.W. LEW
SENIOR UNITED STATES DISTRICT JUDGE